No. 9130.   In the Matter of the Estate of DON R. SMITH, Deceased.  HOPE MARIE VANCE, MOVANT AND APPELLANT, *v.* GROFF, Administrator, RESPONDENT.

Decided Oct. 11, 1951.

236 Pac. (2d) 101.

*David L. Holland, E. J. Foley,* and *William B. Frame,* all of Butte, *Robert B. Brown,* Stevensville, for Appellant.

*O'Hara, Macdonald & Johnson,* Hamilton, for Respondent.

Per Curiam.

On motion of the appellant Hope Marie Vance, and after ex parte hearing before this court, it is ordered that her appeal in the district court of the fourth judicial district of the state of

Montana, in and for the county of Ravalli, taken August 29, 1951, In the Matter of the Estate of Don R. Smith, Deceased, be and the same is hereby dismissed without prejudice to another appeal.